UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIHAN, INC., et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>                     Defendant. | Case No.:  20-CV-97-LAB-WVG<br><br>**ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

On October 13, 2020, the Parties filed a Joint Motion to Amend Scheduling Order to Continue Mandatory Settlement Conference ("Joint Motion"). (Doc. No. 14.) The Parties move the Court to continue the October 23, 2020 Mandatory Settlement Conference ("MSC") to a time in early December 2020 due to defense counsel's need to care for her mother following her mother's non-elective surgery next week. (*Id*.) Taking into consideration the basis for the Joint Motion, that no other dates will be affected by continuing the October 23, 2020 MSC, and the timeliness of the Parties' request to amend the operative April 17, 2020 Scheduling Order (Doc. No. 11), the Court finds good cause exists to grant the Joint Motion. Accordingly, the Court GRANTS the Parties' Joint Motion and CONTINUE the MSC to **Monday, December 7, 2020 at 2:00 p.m.** and the MSC brief

lodging deadline to **Monday, November 30, 2020**. To that end, the Parties, their counsel, and any insurance adjusters shall all appear via the Zoom videoconferencing platform for the December 7, 2020 MSC. **No later than Monday, November 30, 2020**, counsel shall lodge with Chambers all participants' (1) names; (2) direct telephone numbers; and (3) email addresses to be used for logging on to Zoom for the MSC. Chambers will directly provide counsel with the relevant information all participants will need to make their appearances via Zoom.

**IT IS SO ORDERED.**

Dated: October 14, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge